IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:15-cr-00342 |
| | ) | |
| Plaintiff, | ) | JUDGE: JOHN R. ADAMS |
| | ) | |
| vs. | ) | |
| | ) | |
| EARL C. SPEEDY, | ) | DEFENDANT'S SENTENCING |
| | ) | MEMORANDUM SUPPLEMENT |
| Defendant. | ) | |
| | ) | |

Now comes Defendant, Earl C. Speedy, by and through undersigned counsel, Kevin M. Cafferkey, and hereby files this supplement to his sentencing memorandum. Mr. Speedy incorporates herein by reference his sentencing memorandum filed on March 2, 2016 and respectfully files Exhibit A, three (3) character letters, in support of the Defendant's sentencing memorandum.

                                                                                           Respectfully Submitted,

                                                                                           /s/ Kevin M. Cafferkey_____
                                                                                           KEVIN M. CAFFERKEY, (#0031470)
                                                                                           Attorney for the Defendant
                                                                                           55 Public Square
                                                                                           2100 Illuminating Building
                                                                                           Cleveland, OH 44113
                                                                                           (216) 363-6014
                                                                                           kmcafferkey@hotmail.com

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2016, a copy of the foregoing Sentencing Memorandum was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Kevin M. Cafferkey
KEVIN M. CAFFERKEY, (#0031470)
Attorney for the Defendant