To Whom It may concern,

I am Earl Speedy mother Kathleen Speedy. Earl was born at a Naval Base and came into this world being the youngest of 3 brothers and 3 sisters. So he learned as a very young child how to get along with everyone. He learned to share, he learned manners and he learned as a very young child responsibility of chores that needed to be done around the house of which he passed on to his children. When he went into school he learned to study hard so he would get good grades. He was a team player in baseball and soccer always being there to help his teammates succeed. He also learned how to handle loosing as well as winning.

When he married his first wife they had four boys, as the time went by and the two older boys started school, their mother left Earl with all the boys to raise on his own. And they have not seen her since. Earl did everything he could possibly do to ensure the boys had everything they needed for school, clothes and food on the table and a roof over their head. He remarried another girl and the marriage did well until she had Lilly. At that time, she refused to find work or even clean the house or cook for the children in the home. Earl would at times work long hours only to come home and cook dinner for all the kids and her. Along with cleaning the house. The boys were made to clean up after her and do the chores. Earl would then sit down to do homework with the boys after dinner to make sure their school work was complete. He would also take them to their soccer and football games and any practice times they had. He also took them to the school functions. This eventually ended in divorce with the ruling for shared parenting with Lilly.

He is now married to Kathy who entered into the marriage with two girls of her own. The girls adore and trust Earl as their stepfather. They know they can come to him for anything. He treats them as if they were his own. The children do well in school and treat each other with kindness and respect. They all make good grades. The oldest son is in the Police Academy, the oldest girl is also going Bowling Green College and the 2nd oldest boy is also going to Pittsburgh Aeronautics. Earl believes that letting them follow their dreams of what they want to do will allow them to exceed in life.

As his mother I praise my son for how he has worked so hard through rough times and is still a wonder father and husband.

Thank You for your time,
Kathy Speedy

*Kathy Speedy*

To Whom it may concern,

　　I'm writing you to tell you about my brother Earl Speedy. My brother is a very kind hearted and trusting person. He has been through a lot as a younger man with his first wife leaving him to take care of 4 boys. He did what he needed to do and spent every dime he had to make sure the boys had what they needed. He worked hard to make sure they had a roof over their head and food on the table. He was always upbeat and never let them see he was worried it was his way to protect his kids. He then remarried and had a daughter Lily. His first daughter who he again would do anything for. He worked to take care of all of them, working long shifts and coming home to cook for them as well. No it wasn't the best of times as his wife didn't care to find work and everything was placed on his shoulders to handle. The income, cooking, cleaning and making sure home work was done with all the kids. Yet he never complained once that he would have to come home from work and fix dinner for all 5 kids and his wife at the time along with clean the house. He has always spent time with them doing things they enjoyed and made time for each child. He would teach them things in life that they needed to know, he would let them know its ok to make mistakes, because that's how you learn. Any time he has taken the kids out somewhere so many people would say "you have very well behaved children". He took pride in this – as he should – he raised them and taught them right from wrong. Yes, he's made mistakes we all have.

　　He now has 2 grown boys 1 going to the police academy and the other going to Pittsburgh Aeronautics he's very proud of them and their decision in what they have chosen to do. This was his guidance and his parenting that makes him stand tall with pride. He has grown his family with his loving wife Kathy and her 2 daughters (one also going to college) who feel safe and at home with him as their step-father. He does for them just as though they are his own. He has never treated them any differently then he would his own flesh and blood. I've never seen him happier. He is all about family and his kids. He does what he can for people and rarely does he say no when someone ask him for help. He's a good person, fun, outgoing and always there for people. He made a mistake that he never intended to happen. He's not the monster he has been painted as ............
Not even close!

　　　　　　　　　　　　　　　　　　Thank You for your time.
　　　　　　　　　　　　　　　　　　Ann Speedy

To whom it may concern,

My name is Steve Norris and I have known Earl Speedy since approximately 2007, maybe 2006. During that time I have gotten to know him very well, and he has become one of the most trusted individuals in my life, which is saying a lot because I truly trust very few people. I do not have any children, but I do have a wife, and a nephew that I adore and am very close to, and I would trust Earl with their care and with their lives without question.

I have never seen or known him choose to do the wrong thing, even when no one would know and it may be easier. Rather, I have watched him instill core values of hard work and respect in his children. His children are some of the most well behaved, well mannered and respectful children that I have had the pleasure of knowing. When he married his current wife Kathie, and she brought her two daughters into the family, he treated them no differently than his own children and has been a great step-father and male role model to them. These things I know because our families have spent a lot of time together and I see and hear how much they care for each other. Unlike many parents, Earl makes it a point to be involved in all of his children's extracurricular activities. If he is not working, and they have anything going on from a game to a school activity, Earl will be there to support them and cheer them on.

Whenever a time arises when I need something, whether it is something small such as when my car broke down and I needed a ride home, or when my mother passed away, Earl is usually the first call I make, and most often the only call that I need to make. He has helped support me whenever I have needed it. I say this with the utmost sincerity, he is one of the best men I have ever known, and I am, and will continue to be, proud to call him a friend and a brother. Again, there are a handful of people in this world that I truly and completely trust, and Earl Speedy can be counted among those, and nothing has changed that. He has never lied to me, even when that required telling me something that I really didn't want to hear, but needed to. For that, and everything else that I have mentioned above, he has earned my respect. I consider myself a good judge of character, and I don't just give my respect to anyone, they must earn it. He has. Thank you.

Sincerely,

Steve Norris