9914082

AO 442 (Rev/11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Ohio

United States of America
v.

Earl C. Speedy

*Defendant*

Docket Number [0647 5:15CR00342]-[001]

**FILED**

DEC 16 2020

Clerk of Court, United States District Court
Ohio Northern District - AKRON

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Judge without unnecessary delay

*(name of the person to be arrested)* Earl C. Speedy,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

On November 30, 2020, this reporting officer received the results pertaining to Mr. Speedy's cell phone examination. A review of the phone's content consisted of Mr. Speedy having an unauthorized additional cell phone, an unauthorized Facebook account, communication with a convicted felon without permission, access to numerous pornographic websites, and Google searches pertaining to child exploitation. Additionally, analysis of the pictures section revealed hundreds of images of adult pornography, nudity, and potentially erotic images. Sixteen images of animated child exploitation were also located in this section.

Date Nov 30, 2020

_____
*Issuing officer's signature*

John R. Adams, UNITED STATES DISTRICT JUDGE

City and state: Youngstown    Ohio

Judge John R. Adams
*Printed name and title*

### Return

This warrant was received on *(date)* 11/30/20, and the person was arrested on *(date)* 11/30/20
at *(city and state)* .

Date: 11/30/20

_____
*Arresting officer's signature*

Dominique Vanest   USM
*Printed name and title*