# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| United States of America, | ) | CASE NO. 5:15CR342 |
| Plaintiff, | ) | |
| | ) | Judge John R. Adams |
| - vs - | ) | |
| | ) | **O R D E R** |
| Earl Speedy | ) | |
| Defendant. | ) | |

This matter was heard on January 5, 2021 by video conference on the request of the probation office for a finding that the defendant had violated the conditions of his supervised release. Defendant was present and represented by counsel. The Defendant admitted to Violations #1-#5. Upon consideration of statements of counsel, the Court finds that the terms of the defendant's supervised release have been violated as follows:

1) Failure to be Truthful to Probation Officer – On 10/30/2020, Mr. Speedy was not truthful when directed to produce his cell phone for a search. He also failed to report having a smart phone.

2) Unauthorized Computer/Internet Access – On 11/14/2020, Mr. Speedy admitted he had been using an unauthorized cell phone. On 11/09/2020, a cell phone was seized from Mr. Speedy. Analysis of that cell phone revealed internet access.

3) New Criminal Conduct – Possession of Child Pornography – On 11/09/2020, Mr. Speedy's cell phone was seized. A forensic examination of this cell phone revealed child pornography.

4)       Possession of Sexually Explicit Material - On 11/09/2020, Mr. Speedy's cell phone was seized. Further examination of the phone revealed hundreds of images of adult pornography, nudity, potentially erotic images, and sexually explicit searches.

5)       Violation 5 - Association with a Convicted Felon without the Permission of his Probation Officer – Mr. Speedy was communication with a convicted sex offender without the permission of the U.S. Probation Officer.

Defendant is sentenced to the Bureau of Prisons for a term of 24 months with credit for federal time served. Supervised release shall continue, less the time incarcerated, with the same terms and conditions as previously imposed.

IT IS SO ORDERED.

Date: January 5, 2021                  s/John R. Adams
                                                          JOHN R. ADAMS
                                                          UNITED STATES DISTRICT JUDGE